IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK TODD CHRISTOPHERSON, )
)
Petitioner, )
)
v. ) Civil Action No. 3:24-cv-351–HEH
)
HAROLD CLARKE, )
)
Respondent. )

## MEMORANDUM OPINION
(Dismissing Successive § 2254 Petition)

Petitioner Mark Todd Christopherson ("Petitioner"), a Virginia inmate proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition," ECF No. 1) on May 15, 2024, challenging his convictions in the Circuit Court for New Kent County. (Pet. at 2.)[1] The Court previously denied a 28 U.S.C. § 2254 petition filed by Petitioner challenging these convictions. *See Christopherson v. Johnson*, No. 3:10-cv-724–HEH, 2011 WL 3606606, at *1, *5 (E.D. Va. Aug. 16, 2011).

The Antiterrorism and Effective Death Penalty Act of 1996 restricted the jurisdiction of district courts to hear second or successive applications for federal habeas corpus relief by prisoners attacking the validity of their convictions and sentences by establishing a "gatekeeping mechanism." *Felker v. Turpin*, 518 U.S. 651, 657 (1996) (internal quotations omitted). Specifically, "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the

---

[1] The Court employs the pagination assigned by the CM/ECF docketing system.

appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

The Court has not received authorization from the Fourth Circuit to consider the present § 2254 petition. Therefore, the action will be dismissed without prejudice for want of jurisdiction.

An appropriate Final Order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 25, 2024
Richmond, VA